## Case No. 2,927.

### COBLIDGE v. GUTHRIE.

[The case cited under above title in 2 Brightly's Dig. 352, is the same as Case No. 3,185.]